IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES THOMAS JOHNSON,
   Petitioner,
    v.

ANGELA WILLIAMS,
   Respondent.

CIVIL ACTION FILE
NO. 1:12-CV-1186-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending that the Respondent's Motion to Dismiss [Doc. 6] be granted. The Petitioner's objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent's Motion to Dismiss [Doc. 6] is GRANTED. The Petition is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 21 day of December, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Johnson\12cv1186\r&r.wpd